UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY MASON**                                            **CIVIL ACTION**

**VERSUS**                                                  **NO. 14-2411**

**DARREL VANNOY, WARDEN**                                   **SECTION: "H" (1)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Rodney Mason is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of March, 2015.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE